## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR73** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **SANJUANA GARCIA-RAMIREZ** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Motion to Continue Trial [24]. Defendant is scheduled to undergo a medical procedure and counsel will require additional time to confer with her client upon her recovery.  For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [24] is granted, as follows:

1.  The jury trial now set for November 16, 2021 is continued to **January 25, 2022.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 25, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.  **No further continuances will be granted without counsel for the parties requesting a hearing before the undersigned magistrate judge.**

DATED:  November 2, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge