IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR73 |
| | ) | |
| vs. | ) | |
| | ) | |
| SANJUANA GARCIA-RAMIREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Continue Trial [35]. The court had a telephone conference with the attorneys on May 3, 2022. Based on what was discussed during the telephone conference and the statements set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance.

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [35] is granted, as follows:

1. The jury trial, now set for June 7, 2022, is continued to **August 16, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 16, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without counsel for the parties requesting a hearing before the undersigned magistrate judge.**

DATED: May 3, 2022

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge