IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       vs.<br><br>SANJUANA GARCIA-RAMIREZ,<br><br>                Defendant. | 8:21-CR-73-BCB-SMB<br><br>MEMORANDUM FOR RULE 17.1<br>CONFERENCE |

This matter comes before United States Magistrate Judge Susan M. Bazis on October 25, 2022, for a hearing on the Government's motion (Filing No. 51) for a pretrial conference pursuant to Federal Rule of Criminal Procedure 17.1.    The Government is represented by Jody Mullis, Assistant United States Attorney, and defendant Sanjuana Garcia-Ramirez ("Garcia-Ramirez") is represented by Yvonne Sosa.    The defendant was present at the hearing.

The parties discussed the following:

> Whether the defendant will plead guilty.    The defendant has signed the Petition to Enter a Plea of Guilty. The defendant did acknowledge during the hearing that it is her plan to plead guilty at the previously scheduled plea hearing, which is set for December 1, 2022 at 10:00 a.m.. Ms. Sosa shall provide the signed plea documents to Judge Buescher's courtroom deputy and the government within the next 24 hours.

> The government indicated the plea agreement offered to the defendant is still valid and the government will provide to Ms. Sosa, by email, a date the plea agreement must be accepted by the defendant.    If a plea agreement is reached and executed in this case, it must be provided to the court at least seven days prior to the plea hearing.

By:  _____
Susan M. Bazis,
United States Magistrate Judge