IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SANJUANA GARCIA-RAMIREZ,<br><br>Defendant. | 8:21-CR-73<br><br>ORDER ON FINAL MOTION TO EXTEND |

This matter is before the Court on defendant Sanjuana Garcia-Ramirez's Final Motion to Extend, which requests a two-week extension of the March 6, 2023, deadline to file objections to the presentence report with the probation office. Filing 82. The Court finds that extending the deadline would not affect the date sentencing is to take place nor impose difficulties on the Court and the parties having sufficient time to review any motions filed or objections to the presentence report prior to sentencing. The Court further finds that Garcia-Ramirez has shown good cause to extend the deadline. *See* Fed. R. Crim. P. 32(b)(2). Accordingly,

IT IS ORDERED:

1. The March 6, 2023, deadline to file objections to the initial presentence report with the probation office is extended to March 20, 2023;

2. The March 16, 2023, deadline for the probation office to submit the initial or revised presentence report to the undersigned and counsel is extended to March 30, 2023; and

3. The March 23, 2023, deadline to file motions, objections, and other filings with the Court is extended to April 6, 2023.

4. All other deadlines in the Order on Sentencing Schedule, Filing 75, remain unchanged.

1

Dated this 3rd day of March, 2023.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge