IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SANJUANA GARCIA-RAMIREZ,<br><br>　　　　　　Defendant. | 8:21-CR-73<br><br>ORDER ON MOTION FOR LEAVE OF COURT TO EXTEND PSR OBJECTION DEADLINES |

　　　　This matter is before the Court on defendant Sanjuana Garcia-Ramirez's Motion for Leave of Court to Extend PSR Objection Deadlines. Filing 84. The court previously extended the deadlines to object to the Presentence Investigation Report at Garcia-Ramirez's request. Filing 83; Filing 82. Being duly advised in the premises, the Court finds that Garcia-Ramirez has shown good cause for the extension. *See* Fed. R. Crim. P. 32(b)(2). The Court will extend the deadline to file objections to two weeks from the date of this Order, *i.e.*, April 21, 2023. Because this deadline has now been extended by nearly a month from the original deadline, Filing 75 at 1, the Court is not inclined to grant further extensions. The Court will set a new date for the sentencing hearing by a separate order. Accordingly,

　　　　IT IS ORDERED:

　　　　1.　Defendant Sanjuana Garcia-Ramirez's Motion for Leave of Court to Extend PSR Objection Deadlines, Filing 84, is granted;

　　　　2.　The deadline to file objections to the Presentence Investigation Report is extended by two weeks from the date of this Order, *i.e.*, April 21, 2023; and

1

3. The Court will enter a new date for the sentencing hearing by a separate order.

Dated this 7th day of April, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge