IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SANJUANA GARCIA-RAMIREZ, <br><br> Defendant. | 8:21–CR–73 <br><br> ORDER GRANTING MOTION TO WITHDRAW AND DENYING MOTION TO REDUCE SENTENCE |

This matter is before the Court on the *pro se* Motion to Reduce Sentence filed by Sanjuana Garcia-Ramirez, Filing 115, and the Motion to Withdraw filed by Federal Public Defender, David R. Stickman. Filing 117. After Garcia-Ramirez filed her Motion to Reduce Sentence, the Office of the Federal Public Defender was appointed to represent her pursuant to General Order No. 2023-09. Filing 116. The purpose of this appointment was to determine whether Garcia-Ramirez qualified "for relief pursuant to either the 2023 U.S. Sentencing Guidelines amendments of U.S.S.G. § 1B1.13 or U.S.S.G. § 1B1.10 providing for the retroactive application of Amendment 821[.]" Filing 116 at 1. On February 22, 2024, Mr. Stickman moved to withdraw as counsel because "the new guideline range under Amendment 821 is not lower than the Defendant's sentence and therefore no relief is allowed under Amendment 821." Filing 117 at 1. The United States Probation Office also submitted a worksheet in this case which states that Garcia-Ramirez is not entitled to a reduction because the sentence that was imposed was "at the bottom of the newly calculated guideline range." Filing 118 at 1.

The Court has conducted its own review of Garcia-Ramirez's *pro se* Motion, Filing 115, along with other relevant matters in the record. The Court concludes that Garcia-Ramirez is not entitled to the sentencing relief she seeks. Her *pro se* Motion, Filing 115, is therefore without merit

1

and will be denied. The Court likewise concludes that Mr. Stickman's Motion to Withdraw should be granted for the reasons he set forth in his Motion. Accordingly,

IT IS ORDERED:

1. Federal Public Defender David R. Stickman's Motion to Withdraw, Filing 117, is granted; and

2. Sanjuana Garcia-Ramirez's *pro se* Motion to Reduce Sentence, Filing 115, is denied.

Dated this 11th day of March, 2024.

BY THE COURT:

Brian C. Buescher
United States District Judge